UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andrew Stephen Williams,

        Plaintiff,

v.

Minnesota Department of Corrections; Tom Roy; Eddie Miles; Minnesota Correctional Facility–Faribault, Mailroom Department; Minnesota Correctional Facility–Faribault, Property Department; Rice County; City of Faribault; Washington County; City of Bayport; County of Dakota; and City of Hastings,

        Defendants.

Case No. 16-cv-2995 (JNE/HB)
ORDER

    In a Report and Recommendation dated January 19, 2017, the Honorable Hildy Bowbeer, United States Magistrate Judge, recommended that certain defendants be dismissed with prejudice and that certain defendants be dismissed without prejudice. The Court accepted the recommended disposition. Andrew Williams's claims against Tom Roy and Eddie Miles remained.

    In a Report and Recommendation dated January 22, 2018, Magistrate Judge Bowbeer recommended that Roy and Miles's motion to dismiss be granted, that Williams's motion for temporary injunction and restraining order be denied, that Williams's motion for leave to file supplemental or amended complaint be denied, that Williams's motion of constitutional challenge be denied, that Williams's motion to supplement pleadings and amend the record be granted in part and denied in part, and that Williams's motion for leave to present the previous motion to supplement pleadings and

1

amend the record be denied. No objection to this Report and Recommendation has been made. The Court accepts the recommended disposition [Docket No. 81]. Roy and Miles are dismissed with prejudice.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Roy and Miles's motion to dismiss [Docket No. 31] is GRANTED.

2. Williams's motion for temporary injunction and restraining order [Docket Nos. 40 and 41] is DENIED.

3. Williams's motion for leave to file supplemental or amended complaint [Docket No. 44] is DENIED.

4. Williams's motion of constitutional challenge [Docket No. 45] is DENIED.

5. Williams's motion to supplement pleadings and amend the record [Docket No. 74] is GRANTED IN PART and DENIED IN PART.

6. Williams's motion for leave to present the previous motion to supplement pleadings and amend the record [Docket No. 78] is DENIED.

7. Defendants Tom Roy and Eddie Miles are DISMISSED WITH PREJUDICE.

8. Defendants Rice County, City of Faribault, Washington County, City of Bayport, County of Dakota, and City of Hastings are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A.

9. Defendants Minnesota Department of Corrections; Minnesota Correctional Facility–Faribault, Mailroom Department; and Minnesota Correctional Facility–Faribault, Property Department are DISMISSED WITHOUT PREJUDICE pursuant to § 1915A.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 23, 2018

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge